AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DAVID CHAVEZ ORTIZ

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:23-cv-81

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered February 5, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court.  Therefore, Respondent's motion to dismiss is granted as unopposed, and Petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice for failure to follow the Court's Orders and Local Rules.  Additionally, Petitioner is denied in forma pauperis status on appeal.  This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: February 5, 2024

John E. Triplett, Clerk of Court
Clerk

_Morgan A. Akins_
(By) Deputy Clerk

GAS Rev 10/2020